ANDREW HARPENDING, as Administrator, etc., Appellant, *v.*
STEPHEN T. ARNOT et al., Respondents.

(Argued February 28, 1884 ; decided June 24, 1884.)

THE principal question in this case was as to the effect of a
former judgment as a bar. The court held that the material
facts at issue herein were presented and determined in the
former action, and that, therefore, it was a bar.

SICKELS — VOL. LI. 82

*William F. Cogswell* for appellant.

*George B. Bradley* for respondents.

RUGER, Ch. J., reads for affirmance.

All concur, except EARL and FINCH, JJ., dissenting, and DANFORTH, J., not voting.

Judgment affirmed.